UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE: §
§
**Trumix Concrete Company** §
§ **BANKRUPTCY CASE NUMBER**
          **(Debtor),** §          **89-00313**
§
§

United States Courts
Southern District of Texas
FILED

JUL 1 9 2010

Clerk of Court

### PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for MetroBank, N.A. hereby petitions the Court for $2,470.20 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Metrobank NA, creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to MetroBank, NA at 6730 Capital Avenue, Houston, TX 77011. However, the original dividend check was either never received or cashed by the creditor. Exhibit A is evidence that MetroBank, NA has a branch 6730 Capital Ave, Houston, TX.

The creditor(s) current/correct mailing address is:

                          MetroBank, N.A.
                          Dan Kelly - Vice President
                          9600 Bellaire Blvd., Suite 252
                          Houston, TX 77036
                          Phone No.   (713) 776-3876

**Unclaimed.fds**
**06/23/98**

Dated: <u>July 14, 2010</u>

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On <u>7|14|10</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

Unclaimed.fds
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on July 14, 2010 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

>U.S. Attorneys Office
>P.O. Box 61129
>Houston, TX 77208

>U.S. Trustees Office
>515 Rusk Ave., Ste. 3516
>Houston, TX 77002

>Case Trustee
>N/A: no trustee assigned

Dated: July 14, 2010

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for MetroBank, N.A.

**Unclaimed.fds**
**06/23/98**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

RE: Trumix Concrete Company　　　　)　　Case: 89-00313
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**AUTHORITY TO ACT**
　　　　　　　　　　　　　　　　　　)　　**Limited Power of Attorney**
　　　　　　　　　　　　　　　　　　)　　**Limited to one Transaction**
　　　　　Debtor(s)　　　　　　　　　 )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **MetroBank, N.A.** with a tax identification number of _76 0201440_, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,470.20** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____　　　　　　_____7/1_____, 20 _10_
Signature　_Dan Kelley_　　　　　　　　　　　Date
　　　　　　　　　　　　　　　　　　　　　　_Vice President_
P　　　　　　　　　　　　　　　　　　　　　Title

**MetroBank, N.A.**

**Dan Kelley**
Vice President/Special Assets

9600 Bellaire Blvd., Suite 252
Houston, Texas 77036　　　　Dir: (713) 414-3503
dan.kelley@metrobank-na.com　Fax: (713) 414-3790
www.metrobank-na.com　　　　Cell: (832) 677-1438
　　　　NASDAQGS: MCBI

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **MetroBank, N.A.** is presently unavailable to the undersigned
BY: _____
　　Signature and title

### ACKNOWLEDGMENT

STATE OF _Texas_ )
COUNTY OF _Harris_ )

On this _1st_ day of _July_, _2010_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Dan Kelley_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) **he**/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.
NOTARY PUBLIC _Wanda G. Williams_
Residing at _4731 Callery Creek, Hou, TX 77053_

My Commission expires _____

Wanda G. Williams
Notary Public
STATE OF TEXAS
My Comm. Expires 12/16/2012

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2009

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 0-25141

## MetroCorp Bancshares, Inc.
(Exact name of registrant as specified in its charter)

| Texas | 76-0579161 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

9600 Bellaire Boulevard, Suite 252
Houston, Texas 77036
(Address of principal executive offices including zip code)

(713) 776-3876
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Common Stock, par value $1.00 per share | NASDAQ Global Market |
|---|---|
| (Title of class) | (Name of each exchange on which registered) |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☐ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check One):

Large Accelerated Filer ☐    Accelerated Filer ☐    Non-accelerated Filer ☐    Smaller Reporting Company ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of March 4, 2010, the number of outstanding shares of Common Stock was 11,021,315.

As of June 30, 2009, the last business day of the registrant's most recently completed second quarter, the aggregate market value of the shares of Common Stock held by non-affiliates based on the closing price of the Common Stock on the NASDAQ Global Market on such date was approximately $25.7 million.

## DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the Company's Proxy Statement for the 2010 Annual Meeting of Shareholders, which will be filed within 120 days after December 31, 2009, are incorporated by reference into Part III, Items 10-14 of this Form 10-K.

**Shareholder Information**

**CORPORATE HEADQUARTERS**
MetroCorp Bancshares, Inc.
9600 Bellaire Boulevard, Suite 252
Houston, Texas 77036
Phone 713.776.3876
www.metrobank-na.com

**STOCK SYMBOL AND EXCHANGE**
MCBI: NASDAQGS

**STOCK TRANSFER AGENT**
American Stock Transfer &
Trust Company
59 Maiden Lane
New York, New York 10038
Phone 212.936.5100

**CORPORATE COUNSEL**
Bracewell & Giuliani LLP
Houston, Texas

**INDEPENDENT ACCOUNTANTS**
PricewaterhouseCoopers LLP
Houston, Texas

**ANNUAL MEETING OF SHAREHOLDERS**
The annual meeting of shareholders will be held at 10:00 am CST, on May 7, 2010, at the corporate headquarters.

**FORM 10-K**
Copies of the Company's Form 10-K, as filed with the Securities and Exchange Commission, can be viewed and printed from the Company's Web site or from EDGAR, at www.sec.gov

**INVESTOR RELATIONS**
George M. Lee,
Chief Executive Officer
MetroCorp Bancshares, Inc.
9600 Bellaire Boulevard, Suite 252
Houston, Texas 77036
Phone: 713.776.3876
investor-relations@metrobank-na.com

**MEMBER FDIC**

**METROBANK BRANCH LOCATIONS**

**HOUSTON**

**BELLAIRE**
9600 Bellaire Boulevard, Suite 101
Houston, Texas 77036
713.776.3876

**BOONE**
10623 Bellaire Blvd., Suite 100
Houston, Texas 77072
713.272.5688

**DULLES**
4639 Highway 6 at Dulles
Sugar Land, Texas 77478
281.276.8100

**EAST**
6730 Capitol at Wayside
Houston, Texas 77011
713.924.4500

**HARWIN**
10000 Harwin Drive
Houston, Texas 77036
713.414.3688

**SPRING BRANCH**
1027 Blalock
Houston, Texas 77055
713.272.5651

**MILAM**
2808 Milam, Suite A
Houston, Texas 77006
713.630.3200

**SUGAR LAND**
15144 Southwest Freeway
Sugar Land, Texas 77478
281.565.7766

**VETERANS MEMORIAL**
13480 Veterans Memorial Drive
Houston, Texas 77014
281.586.2828

**DALLAS**

**HARRY HINES**
2527 Royal Lane, Suite 155
Dallas, Texas 75229
972.488.5610

**PLANO**
3911 W. Park Blvd., Suite 601
Plano, Texas 75075
972.309.8880

**RICHARDSON**
275 West Campbell Road, Suite 111
Richardson, Texas 75080
972.889.6688

**ELECTRONIC BANKING**

**TELEBANKING**
Toll-free 888.414.3555
Houston 713.414.3555
Dallas 972.889.6666

**ONLINE BANKING**
http://www.metrobank-na.com

**CUSTOMER SERVICE**
Toll-free 888.414.3556

**METRO UNITED BANK BRANCH LOCATIONS**

**SAN DIEGO**
7320 Clairemont Mesa Boulevard
San Diego, California 92111
858.496.3800

**LOS ANGELES**
1101 West Valley Boulevard
Alhambra, California 91803
626.943.1138

**IRVINE**
15345 Culver Dr.
Irvine, California 92604
949.653.1919

**CITY OF INDUSTRY**
17870 Castleton Street, Suite 100
City of Industry, CA 91748
626.435.1800

**SAN FRANCISCO**
2000 Van Ness Ave., Suite 100
San Francisco, CA 94109
415.202.1300

**SAN MATEO**
43 E. 3rd Ave.
San Mateo, CA 94401
650.344.2613

Exhibit A
Page 2 of 2