

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/02/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 89-00313 |
| **Trumix Concrete Company,** | § | Chapter 11 |
| Debtor(s). | § | Judge Isgur |
| | § | |
| | § | |

## ORDER SETTING HEARING

A hearing will be conducted at **10:00 a.m. on November 18, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Motion for Unclaimed Funds (Doc. #129). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **November 1, 2010.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE