

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/02/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 89-00313 |
| Trumix Concrete Company, | § | Chapter 11 |
| Debtor(s). | § | Judge Isgur |
| | § | |
| | § | |

## ORDER SETTING HEARING

A hearing will be conducted at **10:00 a.m. on November 18, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Motion for Unclaimed Funds (Doc. #129). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **November 1, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: adol              Page 1 of 1              Date Rcvd: Nov 02, 2010
Case: 89-00313                Form ID: pdf002         Total Noticed: 3

The following entities were noticed by first class mail on Nov 04, 2010.
 db            Trumix Concrete Company,   P O Box 160666,   Houston, TX  77002
 aty          +William L Van Fleet,   2500 Niels Esperson Bldg,   808 Travis St,   Houston, TX 77002-5706
 intp         +MetroBank NA,   c/o Dilks & Knopik LLC,   P O Box 2728,   Issaquah, WA 98027-0125

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                 Signature:  _Joseph Speetjens_