# DILKS & KNOPIK, LLC

"When Success Matters"

Monday, November 08, 2010

United States District Court
Attn: Intake
P.O. Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

NOV 1 2 2010

David J. Bradley, Clerk of Court

RE: 89-00313, Petition for Unclaimed Funds

Dear sir or madam;

Dilks & Knopik is in receipt of the Order Setting hearing dated November 1, 2010. As you may be aware we are located in the state of Washington and the notice was received by our office on November 8th 2010. Since we are not allowed to file electronically we were not notified electronically. This is the reason for such a late response.

We are a "funds locator" assisting MetroBank, N.A. in the recovery of unclaimed funds. All evidence and arguments are included in our application. This being the case, we will not be attending the hearing.

If it is required we attend the hearing, we ask the court to reschedule the hearing past the second week of December as our general counsel is on vacation until that time. We would also like to ask the court to attend the hearing telephonically (if we are required to attend).

The court has asked us to notice all parties entitled to notice of this hearing. It appears all parties have already been notified with the certificate of service that was attached to the Order Setting Hearing.

Sincerely,

Brian J Dilks

1760 Newport Way NW
PO Box 2728
Issaquah, WA 98027

Phone  425-836-5728
Fax    877-209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com